IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WALKER McCASLIN,

     Petitioner,                    No.  2:12-cv-0832 JFM (HC)

    vs.

P. L. VASQUEZ,

     Respondent.                ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however, signed either the petition or the in forma pauperis application.  Cf. Fed. R. Civ. P. 11.  Petitioner will be provided the opportunity to submit a signed petition and a signed in forma pauperis application.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send petitioner a copy of the petition for writ of habeas corpus and the application to proceed in forma pauperis, both filed April 2, 2012;

       2. Petitioner shall submit, within thirty days from the date of this order, a copy of the April 2, 2012 habeas corpus petition and the April 2, 2012 in forma pauperis application each bearing his original signature; and

1

3. Failure to comply with this order will result in the dismissal of this action.

DATED: August 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
mcca0832.o